

Federal Communications Commission
Washington, D.C. 20554

June 4, 2024

**<u>BY ELECTRONIC FILING</u>**

Maria R. Hamilton, Clerk of Court
United States Court of Appeals
 for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2500
Boston, MA 02210

  RE: *National Consumer Law Center v. FCC & USA*, No. 24-1529

Dear Ms. Hamilton:

  In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on June 4, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

         Respectfully submitted,

         <u>/s/ Scott M. Noveck</u>

         Scott M. Noveck
         Counsel

cc: Counsel of Record (via CM/ECF)